AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee


FILED
AUG 01 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JESSIE CRAIG LEWTER | ) | Case No. 2:25-MJ-150 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of Washington in the Eastern District of Tennessee, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) and (e) | Production of a minor engaged in sexually explicit conduct |
| 18 U.S.C. 2422(b) | Online Enticement/Inducing a minor to engage in prostitution by use of a means of interstate commerce |

This criminal complaint is based on these facts:
See attached

☒ Continued on the attached sheet.

*Complainant's signature* 777

Investigator Joseph Casey, JCPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/1/25

City and state: Greeneville, TN

*Judge's signature*

Cynthia Richardson Wyrick, Magistrate Judge
*Printed name and title*



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:25-MJ-_150_ |
| v. ) | JUDGE WYRICK |
| ) | |
| JESSIE LEWTER ) | |

## CRIMINAL COMPLAINT

I, Joseph Casey, the complainant in this case, state that the following is true to the best of my knowledge and belief:

## COUNT ONE

The United States Attorney charges that from in or about March 18, 2025 through May 16, 2025 in the Eastern District of Tennessee and elsewhere, the defendant, JESSIE LEWTER, did knowingly employ, use, persuade, induce, entice, or coerce a minor or knowingly attempted to employ, use, persuade, induce, entice, or coerce, a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and JESSIE LEWTER knew or had reason to know that such visual depictions would have been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or that such visual depictions were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depictions had actually been transported or transmitted using a means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce in violation of Title 18, United State Code, ' 2251(a) and (e).

[18 U.S.C. ' 2251(a) and (e)]

## COUNT TWO

The Grand Jury further charges that from in or about March 18, 2025, through May 16, 2025, in the Eastern District of Tennessee and elsewhere, the defendant, JESSIE LEWTER did knowingly distribute any child pornography as defined in Title 18, United States Code ' 2256(8), that had been mailed, or shipped, or transported in interstate or foreign commerce by any means, including by computer.

[18 U.S.C. ' 2252A(a)(2)(A) and (b)(1)]

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph Casey, being duly sworn, do hereby state the following:

1. I am an investigator with the Johnson City Police Department (JCPD) and have been so employed since 2017 and have been assigned to the Criminal Investigations Division since January 2024. I am currently assigned to the Special Victims Unit (SVU). As an investigator, I have conducted and participated and/or supervised in a variety of criminal investigations, including investigations associated with crimes against children and computer crimes, as well as other criminal matters.

2. I know the following from information I received first-hand and from other investigators, police officers, and/or from other individuals. As further detailed below, I believe probable cause exists to conclude that Jessie Lewter has violated Title 18, United States Code, ' 2251(a) and (e) and Title 18, United States Code, ' 2252A(a)(2)(A) and (b)(1).

3. On May 16, 2025, the victim disclosed that an individual known to her as Jessie Lewter, had sent her images of his genitals on five different occasions over a span of two years. She explained that Lewter had sent photos of himself to her through messages by cell phone

through Snapchat. He sent her three photos while he resided in Florida. Lewter then moved to Chattanooga and he sent one photo while he lived there. She knew this was Lewter due to the background. She recognized his room from when he resided in Florida. Lewter sent her one photo exposing himself when he moved back into the residence in Johnson City approximately two months ago. Lewter's face was not shown in the picture but the victim recognized the background of his location. She advised that he sent the photos and messages through Snapchat. The photos would then be deleted from her account and she would block him. Lewter would contact her again through Snapchat with a different account each time.

4. On May 16, 2025, investigators made contact with Lewter and obtained two Apple iPhones from his possession at the residence. When investigators obtained his phones, Lewter was informed that there was a current investigation due to images of his penis being sent to the victim's phone. Lewter then uttered he had accidentally sent a photo of his genitals to the victim a few months ago.

5. On June 2, 2025, a search warrant was executed on the two Apple iPhones that were obtained in the initial investigation. Inside the phones, in the photo section, multiple images of child pornography were observed. Conversations on Telegram, an encrypted messaging application, were observed where Lewter was contacting individuals to purchase child pornography. He was also texting an individual to whom he both sent and obtained child pornography.

6. On June 4, 2025, Lewter was located at an apartment at Trivette Concourse. He was detained and transported to Johnson City Police Headquarters to be interviewed. A blue Samsung Galaxy Note 9 attributed to Lewter was seized from the residence.

7. An interview took place with Lewter at Johnson City Police Headquarters. He

was Mirandized and he then advised that he purchased child pornography through Telegram and downloaded links from Mega, a cloud-based storage provider. He also advised that he both sent and received child pornography with an ex-boyfriend through Telegram. These conversations were observed on Lewter's phone by investigators. Lewter advised that he had purchased the child pornography earlier in the year. The purchase contained approximately 150 videos of child pornography. Lewter admitted to watching these videos and that the youngest child shown was one year old. However, investigators observed at least one video involving an infant. Lewter's Galaxy Note 9 was placed into evidence due to his previous two phones containing child pornography. Lewter's two iPhones that were seized during their first contact with him were extracted by Johnson City's forensic analyst.

8. At 06:10:05, Lewter took a photograph with his phone of his exposed and erect penis, less than an inch away from the victim's face. The angle of the camera is from Lewter standing over the couch where the victim is asleep. The victim's head is on a green pillow and she is covered by a pink blanket. At 06:10:24, a second picture was taken from the same angle but zoomed in. Lewter's penis is on the green pillow where the victim was sleeping, this time closer to her nose and approximately less than an inch away. At 06:11:53, Lewter records a five-second video. It records Lewter lifting the pink blanket from the area covering the victim's crotch area. Her underwear can be seen when the video zooms in. A minute later, at 06:12:22, Lewter records another video that is three seconds long. The pink blanket is lifted again, exposing the same area in the previous video.

9. The extraction reveals that within minutes of taking these photographs, Lewter views a 17-second video of pre-pubescent child pornography five times.

10. Based on the facts set forth in this affidavit, probable cause exists that Lewter did

knowingly violate Title 18 United State Code, Section 2251(a) and (e) by producing child pornography and did knowingly violate Title 18 United States Code, Section 2252A(a)(2)(A) and (b)(1) by distributing child pornography.

*Joseph Casey* 777
Joseph Casey
Investigator
Johnson City Police Department

Sworn to before me and signed in my presence
On  8/1 , 2025.

CYNTHIA RICHARDSON WYRICK
UNITED STATES MAGISTRATE JUDGE